COX, CASTLE & NICHOLSON LLP
Andrew B. Sabey (State Bar No. 160416)
Scott B. Birkey (State Bar No. 209981)
50 California Street, Suite 3200
San Francisco, California 94111-4710
Telephone: (415) 262-5100
Facsimile: (415) 262-5199
Email: asabey@coxcastle.com;
sbirkey@coxcastle.com

Attorneys for Epick Homes, Inc. and Bruce Road Associates, LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE; and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants. | Case No. 2:21-cv-01527-TLN-DMC<br><br>**UNOPPOSED MOTION FOR INTERVENTION BY EPICK HOMES, INC AND BRUCE ROAD ASSOCIATES, LP**<br><br>[*Filed concurrently with Stipulation and [Proposed] Order Granting Intervention*] |

## MOTION

Plaintiffs in this case, AquAlliance and Center for Biological Diversity, challenge the U.S. Fish and Wildlife Service's issuance of a Biological Opinion and the U.S. Army Corps of Engineers' issuance of a Clean Water Act Section 404 permit for the "Stonegate Project" proposed by Epick Homes, Inc and Bruce Road Associates, LP. Asserting issuance of the Biological Opinion and Section 404 permit to be unlawful, Plaintiffs seek declaratory and injunctive relief invalidating the permits pursuant to the Administrative Procedure Act, 5 U.S.C. § 551 et seq. ("APA"), the Endangered Species Act, 16 U S.C. § 1531 et seq. ("ESA"), the Clean Water Act, 33 U.S.C. § 1251 et seq., ("CWA"), and the National Environmental Policy Act, 42 U.S.C. § 4321 et seq. ("NEPA").

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO, CA

082402\14312588v4

MOTION RE: INTERVENTION  2:21-CV-01527-TLN-DMC

1  Epick Homes and Bruce Road Associates are eligible to intervene in this case pursuant to
2  Federal Rule of Civil Procedure 24 because, if granted, the relief sought by Plaintiffs in this
3  lawsuit would affect their business interests by depriving them of authorizations provided by the
4  USFWS pursuant to the Biological Opinion and by the Army Corps pursuant to the Section 404
5  Permit issued for development on the project site. In light of Epick Homes' and Bruce Road
6  Associates' stipulations filed concurrently with this Motion, Plaintiffs do not oppose intervention
7  at this stage in the proceedings as it would not unduly delay resolution of this case and is
8  therefore timely.

9  Federal Defendants have reviewed the stipulations and motion and take no position on the
10  relief sought.

11  Based on the stipulations, intervenor-applicants Epick Homes and Bruce Road Associates
12  respectfully request that this Court enter the attached order granting Epick Homes and Bruce
13  Road Associates permission to intervene in this case.

14  Respectfully submitted this 26th day of January, 2022.

Dated: January 26, 2022                COX, CASTLE & NICHOLSON LLP

By: */s/ Andrew B. Sabey*
    Andrew B. Sabey
    Scott B. Birkey
    Robbie C. Hull

Attorneys for Epick Homes, Inc. and Bruce Road Associates, LP