COX, CASTLE & NICHOLSON LLP
Andrew B. Sabey (State Bar No. 160416)
Scott B. Birkey (State Bar No. 209981)
50 California Street, Suite 3200
San Francisco, California 94111-4710
Telephone: (415) 262-5100
Facsimile: (415) 262-5199
Email: asabey@coxcastle.com;
sbirkey@coxcastle.com

Attorneys for Epick Homes, Inc. and Bruce Road Associates, LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| AQUALLIANCE; and CENTER FOR BIOLOGICAL DIVERSITY, Plaintiffs, v. U.S. FISH AND WILDLIFE SERVICE, et al., Defendants. | Case No. 2:21-cv-01527-TLN-DMC<br><br>**STIPULATION AND ORDER GRANTING INTERVENTION OF EPICK HOMES, INC AND BRUCE ROAD ASSOCIATES, LP**<br><br>[*Filed concurrently with Motion for Intervention*] |
|---|---|

## STIPULATIONS

To facilitate Epick Homes' and Bruce Road Associates' intervention, Plaintiffs, Epick Homes, and Bruce Road Associates hereby agree and stipulate as follows:

1. Epick Homes is the developer and Bruce Road Associates is the permittee for the Stonegate Project.

2. Where Epick Homes and Bruce Road Associates and the federal defendants are seeking the same or similar relief, Epick Homes and Bruce Road Associates shall submit any written briefs to the court on the same briefing schedule as the federal defendants or as otherwise ordered by the Court pursuant to a scheduling order.

3. Epick Homes and Bruce Road Associates will file an answer to Plaintiffs' complaint within 20 days of the Court granting the Joint Motion allowing intervention.

1    4.  Epick Homes and Bruce Road Associates will not initiate or support a motion to change venue in this case.

2    5.  Plaintiffs consent to Epick Homes' and Bruce Road Associates' intervention in this action.

3    6.  This Stipulation shall not be used in any way to support Epick Homes' or Bruce Road Associates' intervention in any other case.

Dated: January 26, 2022                COX, CASTLE & NICHOLSON LLP

By: */s/ Andrew B. Sabey*
    Andrew B. Sabey
    Scott B. Birkey
    Robbie C. Hull

Dated: January 26, 2022                CENTER FOR BIOLOGICAL DIVERSITY

By: */s/ John Buse*
    John Buse
    Ross Middlemiss

Attorneys for Plaintiffs

COX, CASTLE & NICHOLSON LLP
Andrew B. Sabey (State Bar No. 160416)
Scott B. Birkey (State Bar No. 209981)
50 California Street, Suite 3200
San Francisco, California 94111-4710
Telephone: (415) 262-5100
Facsimile: (415) 262-5199
Email: asabey@coxcastle.com;
sbirkey@coxcastle.com

Attorneys for Epick Homes, Inc. and
Bruce Road Associates, LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE; and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants. | Case No. 2:21-cv-01527-TLN-DMC<br><br>**ORDER GRANTING INTERVENTION BY EPICK HOMES, INC AND BRUCE ROAD ASSOCIATES, LP** |

Upon consideration of the stipulations and motion to intervene submitted by applicants for intervention Epick Homes and Bruce Road Associates, the Court hereby GRANTS Epick Homes' and Bruce Road Associates' request to intervene in these proceedings pursuant to Federal Rule of Civil Procedure 24.

Epick Homes and Bruce Road Associates shall file an answer to Plaintiffs' compliant within 20 days of this Order and shall comply with the January 26, 2022 stipulations that Epick Homes, Bruce Road Associates, and Plaintiffs agreed to and filed in support of the motion for Epick Homes and Bruce Road Associates to intervene in this action.

IT IS SO ORDERED.

DATED: January 26, 2022

_____
Troy L. Nunley
United States District Judge

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO, CA

ORDER GRANTING INTERVENTION
2:21-CV-01527-TLN-DMC