1

2
### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
3

4
AQUALLIANCE; and CENTER FOR
BIOLOGICAL DIVERSITY,
5

6
        Plaintiffs,

Case No. 2:21-cv-01527-TLN-DMC
7
        v.

**ORDER**
8
U.S. FISH AND WILDLIFE SERVICE, et al.,

9
        Federal Defendants.

10

11

12
      IT IS HEREBY ORDERED that the Court adopts the following schedule stipulated to by the

13
Parties:

14
      Plaintiffs shall file their Motion for Summary Judgment by June 21, 2022.

15
      Federal Defendants shall file their Cross-Motion for Summary Judgment and Opposition to

16
Plaintiffs' Motion by August 5, 2022.

17
      Defendant-Intervenors shall file their Cross-Motion for Summary Judgment and Opposition to

18
Plaintiffs' Motion by August 12, 2022.

19
      Plaintiffs shall file their Response to Cross-Motions for Summary Judgment and Reply by

20
September 9, 2022.

21
      Federal Defendants shall file their Reply by October 14, 2022.

22
      Defendant-Intervenors shall file their Reply by October 21, 2022.

23
      The Hearing on the cross-motions for summary judgment will be December 1, 2022.

24

25

26

27

28

**IT IS SO ORDERED.**

DATED: May 10, 2022

Troy L. Nunley
United States District Judge