UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

AQUALLIANCE; and CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiffs,

v.

U.S. FISH AND WILDLIFE SERVICE, et al.,

    Federal Defendants,

and

EPICK HOMES, INC. and BRUCE ROAD ASSOCIATES, LP,

    Defendant-Intervenors.

Case No. 2:21-cv-01527-TLN-DMC

**ORDER FOR ADMINISTRATIVE RELIEF FROM PAGE LIMITS AND REQUIREMENT TO PREPARE STATEMENTS OF UNDISPUTED AND DISPUTED FACTS**

IT IS HEREBY ORDERED that the Court grants the joint motion for administrative relief from page limits and the requirement to prepare statements of undisputed and disputed facts in connection with the summary judgment proceedings set to be heard by the Court on December 1, 2022.

The following page limits apply to the summary judgment proceedings set to be heard by the Court on December 1, 2022.

Plaintiffs' Motion for Summary Judgment: 45 pages

Federal Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion: 45 pages

Defendant-Intervenors' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion: 45 pages

Plaintiffs' Response to Cross-Motions for Summary Judgment and Reply: 40 pages

Federal Defendants' Reply: 30 pages

Defendant-Intervenors' Reply: 30 pages

Order – Page 1

The Court hereby waives the requirement set forth in Local Rule 260 for the parties to submit a "Statement of Undisputed Facts" and "Statement of Disputed Facts."

**IT IS SO ORDERED.**

DATED: June 7, 2022

Troy L. Nunley
United States District Judge