**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AQUALLIANCE; and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>Federal Defendants, | Case No. 2:21-cv-01527-TLN-DMC<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Court adopts the following schedule stipulated to by the Parties:

Plaintiffs shall file their Motion for Summary Judgment by July 5, 2022.

Federal Defendants shall file their Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion by August 26, 2022.

Defendant-Intervenors shall file their Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion by September 2, 2022.

Plaintiffs shall file their Response to Cross-Motions for Summary Judgment and Reply by September 30, 2022.

Federal Defendants shall file their Reply by November 4, 2022.

Defendant-Intervenors shall file their Reply by November 11, 2022.

The Hearing on the cross-motions for summary judgment will be December 15, 2022.

Order – Page 1

1     **IT IS SO ORDERED.**

2

3 DATE: June 17, 2022

4                                   Troy L. Nunley
                                  United States District Judge