

United States District Court
Eastern District of California

Center for Biological Diversity; AquAlliance

Plaintiff(s)

Case Number: 2:21-CV-01527-TLN-DMC

V.

APPLICATION FOR PRO HAC VICE
AND ORDER

U.S. Fish and Wildlife Service, et al.

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Jared Margolis _____ hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Center for Biological Diversity; AquAlliance

On ____12/10/2014____ (date), I was admitted to practice and presently in good standing in the
_____Oregon Supreme Court_____ (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date: ____08/22/2022____          Signature of Applicant: /s/ Jared Margolis

**Pro Hac Vice Attorney**

Applicant's Name: Jared Margolis

Law Firm Name: Center for Biological Diversity

Address: 2852 Willamette St. # 171

City: Eugene     State: OR     Zip: 97405

Phone Number w/Area Code: (802) 310-4054

City and State of Residence: Eugene, OR

Primary E-mail Address: jmargolis@biologicaldiversity.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: John Buse

Law Firm Name: Center for Biological Diversity

Address: 1212 Broadway, Suite 800

City: Oakland     State: CA     Zip: 94612

Phone Number w/Area Code: (510) 844-7100     Bar # SBN 163156

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  August 24, 2022

JUDGE, U.S. DISTRICT COURT