UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. FISH AND WILDLIFE SERVICE; U.S. ARMY CORPS OF ENGINEERS; COLONEL ROBERT M. MCTIGHE, in his official capacity as District Commander of the U.S. Army Corps of Engineers; and Doug Burgum, in his official capacity as Secretary of the Interior,<br><br>    Federal Defendants,<br><br>  and<br><br>EPICK HOMES, INC. and BRUCE ROAD ASSOCIATES, LP,<br><br>    Defendant-Intervenors. | Case No. 2:21-cv-01527-DJC-DMC<br><br>**ORDER** |

IT IS HEREBY ORDERED that the deadline for Plaintiffs to file a motion for an award of attorneys' fees and costs is extended until 30 days from the deadline to file a notice of appeal of the Court's judgment has passed, or until 30 days from the resolution of any such appeal, if filed, whichever is later.

**SO ORDERED.**

Dated: August 13, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1