ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Acting Assistant Section Chief
KAMELA A. CASCHETTE, Trial Attorney
Wildlife & Marine Resources Section
KRISTEN SARNA, Trial Attorney
Environmental Defense Section
150 M St. NE, Washington, D.C. 20002
Tel: (202) 598-7868 (Caschette); Tel: (202) 514-0375 (Sarna)

DEVON LEHMAN MCCUNE, Senior Attorney
Natural Resources Section
999 18th Street, North Tower – Suite 600, Denver, CO 80202
Tel: (303) 358-8981

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>   Plaintiffs,<br><br> v.<br><br>U.S. FISH AND WILDLIFE SERVICE; U.S. ARMY CORPS OF ENGINEERS; COLONEL ROBERT M. MCTIGHE, in his official capacity as District Commander of the U.S. Army Corps of Engineers; and DOUG BURGUM, in his official capacity as Secretary of the Interior,<br><br>   Federal Defendants,<br><br>  and<br><br>EPICK HOMES, INC. and BRUCE ROAD ASSOCIATES, LP,<br><br>   Defendant-Intervenors. | Case No. 2:21-cv-01527-DJC-DMC<br><br>**NOTICE OF APPEAL** |

Federal Defendants the U.S. Fish and Wildlife Service, U.S. Army Corps of Engineers, Robert M. McTighe, in his official capacity as District Commander of the U.S. Army Corps of Engineers, and Doug Burgum, in his official capacity as Secretary of the Interior ("Federal Defendants"), appeal to the United States Court of Appeals for the Ninth Circuit from the Court's July 31, 2025 Judgment (ECF No. 62) and any and all adverse rulings incorporated in or ancillary to that judgment, which include the July 17, 2025 Order (ECF No. 61). Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Federal Defendants' Representation Statement is attached.

Federal Defendants are not required to submit filing fees or docketing fees. *See* Ninth Circuit Rule 3-1. This Notice of Appeal is timely pursuant to Federal Rule of Appellate Procedure 4(a)(4)(A)(iv).

DATED: September 29, 2025          Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Acting Assistant Section Chief
*/s/ Kamela A. Caschette*
KAMELA A. CASCHETTE, Trial Attorney
Wildlife & Marine Resources Section
Tel: (202) 598-7868
Kamela.Caschette@usdoj.gov

KRISTEN SARNA, Trial Attorney
Environmental Defense Section
Tel: (202) 514-0375
Kristen.Sarna@usdoj.gov

DEVON LEHMAN MCCUNE, Senior Attorney
Natural Resources Section
Tel: (303) 358-8981
Devon.McCune@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to the attorneys of record in this case.

*/s/ Kamela A. Caschette*