UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,**
    Plaintiff

v.　　　　　　　　　　　　　　　　**CASE NO. 2:21−CV−01527−DJC−DMC**

**U.S. FISH AND WILDLIFE SERVICE, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **October 10, 2025** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

October 14, 2025

                    **KEITH HOLLAND**
                    **CLERK OF COURT**

        **by:** /s/ A. Benson
              Deputy Clerk