UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiffs,<br><br>  v.<br><br>U.S. FISH AND WILDLIFE SERVICE; U.S. ARMY CORPS OF ENGINEERS; COLONEL ROBERT M. MCTIGHE, in his official capacity as District Commander of the U.S. Army Corps of Engineers; and Doug Burgum, in his official capacity as Secretary of the Interior,<br><br>        Federal Defendants,<br><br>  and<br><br>EPICK HOMES, INC. and BRUCE ROAD ASSOCIATES, LP,<br><br>        Defendant-Intervenors. | Case No. 2:21-cv-01527-DJC-DMC<br><br>**ORDER** |

IT IS HEREBY ORDERED that the deadline for Plaintiffs to file a motion for an award of attorneys' fees and costs is extended until March 13, 2026.

**SO ORDERED.**

Dated: January 7, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE