UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AQUALLIANCE and CENTER FOR BIOLOGICAL DIVERSITY,

               Plaintiffs,

    v.

U.S. FISH AND WILDLIFE SERVICE; U.S. ARMY CORPS OF ENGINEERS; COLONEL ROBERT M. MCTIGHE, in his official capacity as District Commander of the U.S. Army Corps of Engineers; and Doug Burgum, in his official capacity as Secretary of the Interior,

               Federal Defendants,

    and

EPICK HOMES, INC. and BRUCE ROAD ASSOCIATES, LP,

               Defendant-Intervenors.

Case No. 2:21-cv-01527-DJC-DMC

**ORDER**

     IT IS HEREBY ORDERED that the deadline for Plaintiffs to file a motion for an award of attorneys' fees and costs is extended until May 12, 2026.

     **SO ORDERED.**

Dated: March 5, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1