UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AQUALLIANCE and CENTER FOR
BIOLOGICAL DIVERSITY,

               Plaintiffs,

    v.

U.S. FISH AND WILDLIFE SERVICE; U.S.
ARMY CORPS OF ENGINEERS; COLONEL
ROBERT M. MCTIGHE, in his official
capacity as District Commander of the U.S.
Army Corps of Engineers; and Doug Burgum,
in his official capacity as Secretary of the
Interior,

               Federal Defendants,

    and

EPICK HOMES, INC. and BRUCE ROAD
ASSOCIATES, LP,

               Defendant-Intervenors.

Case No. 2:21-cv-01527-DJC-DMC

**ORDER**

IT IS HEREBY ORDERED that the deadline for Plaintiffs to file a motion for an award of attorneys' fees and costs is extended until July 13, 2026.

**SO ORDERED.**

Dated: May 11, 2026

/s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1